**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
585 STEWART AVENUE SUITE 410, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107

January 22, 2024

<u>**VIA ECF**</u>
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>**Smith v. Sebco Development, Inc., et al**</u>
    **Case No. 23-cv-9149**

Your Honor:

This office represents Plaintiff in the above-referenced action. We write to respectfully request the Court adjourn the initial pretrial conference scheduled for January 29, 2024 at 2:00 PM. The reason for this request is that none of the Defendants have appeared in this action and, on January 17, 2024, the Clerk of the Court signed a Certificate of Default noting the Defendants' default for the record. Plaintiff, therefore, respectfully requests that the Court adjourn the initial pretrial conference *sine die* and allow Plaintiff until February 23, 2024 to file a motion for default judgment against Defendants. This is the first request by any party to adjourn the initial pretrial conference.

We thank Your Honor for your time and attention to the herein request.

Respectfully Submitted,

/s/
Joseph Myers

The January 29 conference is CANCELED. Plaintiff should file for default judgment promptly, and the Court will schedule a default-judgment hearing at that time.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 22, 2024