UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIFFER SMITH,<br><br>        Plaintiff(s),<br><br>  -against-<br><br>SEBCO DEVELOPMENT, INC. et al.,<br><br>        Defendant(s). | 23-cv-9149 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   This case was filed on October 17, 2023. Dkt. 1. By January 22, 2024, Defendants had not appeared, let alone answered, and Plaintiff requested that the Court adjourn the initial pretrial conference and permit Plaintiff until February 23, 2024, to file a motion for default judgment. Dkt. 16. The Court granted the request. Dkt. 17. February 23 has passed, and Plaintiff has not filed any motion. Plaintiff must file a motion for default judgment, voluntarily dismiss her claims, or propose some other path forward in this litigation by **February 29, 2024, at 5:00 p.m.**, or Plaintiff **risks having her case dismissed for failure to prosecute**. *See* Fed. R. Civ. P. 41(b).

   SO ORDERED.

Dated: February 26, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge