

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000   FAX: 516.248.0677   WWW.KBRLAW.COM

CARA A. O'SULLIVAN
DIRECT: 516.200.7906
COSULLIVAN@KBRLAW.COM

March 11, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: Smith v SEBCO, Case No.: 23-cv-9149

Dear Honorable Subramanian:

Please be advised that this firm represents the defendants in the above-referenced matter.

We write this letter, with the consent of plaintiff, to request an extension of time, up to and including April 10, 2024, for the defendants to Answer the Complaint. In addition, the parties wish to advise the Court that plaintiff has consented to withdrawal of her Motion for Default Judgment (Dkt. Nos.: 19-22). Defendants respectfully request that the Court set aside the default.

Defendants have recently been retained to represent the defendants in the action and need time to investigate the allegations in the Complaint and draft an Answer. This is the first request for an extension of time to Answer the Complaint. The parties are scheduled for an initial pretrial conference (originally scheduled as a Show Cause Hearing on the Motion for Default Judgment) on March 20, 2024 at 12:00pm via telephone and intend on filing a joint case management plan pursuant to the Court's Order dated February 29, 2024.

We thank the Court for its kind consideration of Defendants' requests.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

*Cara A. O'Sullivan*

Cara O'Sullivan

cc: All counsel of record

The extension is granted and the default-judgment motion is deemed withdrawn. The Clerk of Court is directed to close Dkts. 19 and 27. The parties shall submit a joint case-management plan by March 14, 2024, at 5:00 p.m.
SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: March 11, 2024